**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Debra Ray

Chapter 13 No.    14-11362

Judge    Deborah L. Thorne

Debtor

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on August 9, 2018, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 150 N Michigan Ave., Chicago, Illinois 60601 at 5:00 p.m. on August 9, 2018 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.2260

**SERVICE LIST**

Debra Ray
5540 W. Van Buren #2
Chicago, IL 60644

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Martha H Herrera
Citizens Law Group LTD
2101 W. Division St.
Chicago, IL 60622

Aaron M. Weinberg
The Semrad Law Firm, LLC
20 S. Clark St.
28th Floor
Chicago, IL 60603